**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Reorganized Debtors. | (Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | |
| Plaintiff, | Adv. Proc. No. 24-01988 |
| v. | |
| DAVID KAILASH DEWOLFE | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Tyler Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On 7/10/2024, I sent a copy of the following documents via certified mail with return receipt requested:

1) Complaint; and
2) Summons.

Copies of the documents were sent via certified mail with return receipt requested to the following defendant:

> Defendant
> DAVID KAILASH DEWOLFE
> Address on file, but not publicly disclosed pursuant to the *Memorandum Opinion and Order on the Debtors' Sealing Motion* (Bankr. Case No., Docket No. 910).

Dated: 7/23/2024

*/s/ Tyler Kitto*
Tyler Kitto
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801